# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD JESSIE MITCHELL,** ) | 1: **06-CV- 0387 AWI WMW HC** |
| ) | |
| Petitioner, ) | **ORDER REQUIRING** |
| ) | **RESPONSE FROM** |
| v. ) | **PETITIONER RE AMENDED** |
| ) | **PETITION** |
| ) | |
| **A. J. MALFI, WARDEN,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On April 28, 2006, pursuant to an order of this court, Petitioner filed a first amended petition naming the correct respondent. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, this court has conducted a preliminary review of the amended petition. In doing so, the court has found a defect in the amended petition. Specifically, in stating each of his grounds for relief, Petitioner states only, "see attached Points and Authorities." However, there is nothing attached to the amended petition.

In reviewing the original petition, the court has found several pages of attachments. It appears that Petitioner may intend to have those attachments considered as part of his amended petition as well. Accordingly, Petitioner is HEREBY ORDERED to inform the court within twenty (20) days of the date of service of this order whether he so intends. If so, Petitioner should file a motion requesting that the court consider the attachments to his original petition as part of his amended petition. Petitioner's failure to respond to this order will result in findings and recommendations that this petition be dismissed for failure to state a claim.

Petitioner's motion for a stay remains pending and will be considered when the present matter is resolved.

IT IS SO ORDERED.

**Dated:** **February 16, 2007**      /s/ William M. Wunderlich
bl0dc4                                UNITED STATES MAGISTRATE JUDGE