**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LEONARD JESSIE MITCHELL,** | ) | 1: **06-CV- 0387 AWI WMW HC** |
| **Petitioner,** | ) | |
| | ) | **ORDER VACATING ORDER** |
| | ) | **DENYING MOTION FOR** |
| **v.** | ) | **STAY** |
| | ) | |
| | ) | **[Doc. 12]** |
| **A. J. MALFI,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

     Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court.  On June 1, 2007, this court entered an order denying Petitioner's motion for a stay.  This order was entered in error.  Accordingly, the court's order of June 1, 2007, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   June 6, 2007**                    ___/s/  William M. Wunderlich___
                                            UNITED STATES MAGISTRATE JUDGE