IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LEONARD JESSIE MITCHELL,** | ) | 1: **06-CV- 0387 AWI WMW HC** |
| Petitioner, | ) ) ) | **ORDER DIRECTING CLERK OF COURT TO ATTACH DOCUMENTS TO AMENDED PETITION** |
| v. | ) ) | |
| **A. J. MALFI, WARDEN,** | ) ) | |
| Respondent. | ) ) ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On April 28, 2006, pursuant to an order of this court, Petitioner filed a first amended petition naming the correct respondent.

    On February 20, 2007, the court issued an order requiring Petitioner to inform the court whether he intended to have the attachment to the original petition considered as part of his amended petition as well. On March 1, 2007, Petitioner responded to the court's order and informed the court that he did intend that the attachments be considered as part of his first amended petition filed April 28, 2006.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to attach copies of the documents attached to the original petition to the first amended petition filed April 28, 2006.

IT IS SO ORDERED.

**Dated:** **June 6, 2007**         /s/ William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE