UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD JESSIE MITCHELL,

    Petitioner,

vs.

JAMES YATES,

    Respondent.

      /

No. C 06-00387 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: February 8, 2010

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PJHALL\ORDERS\06\mitchell judgment ED Cal pro se prisoner case.wpd