IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JESSIE MITCHELL, | No. C-06-00387 PJH |
| Petitioner, | |
| v | ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |
| JAMES YATES, | |
| Respondent | |
| _____/ | |

The court denied the petition for a writ of habeas corpus in the above-captioned matter and issued judgment in favor of respondent. Petitioner has filed a an application for a certificate of appealability.

"[A]n appeal may not be taken to the court of appeals from" the denial of a habeas petition unless a certificate of appealability is issued. 28 U.S.C. § 2253(c)(1) (2009). A certificate of appealability may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right," id. § 2253(c)(2); the certificate "shall indicate which specific issue or issues satisfy [this] showing," id. § 2254(c)(3).

For the reasons stated in the court's prior order denying the petition, petitioner has not made any showing of the denial of a constitutional right, much less the substantial

showing required for the issuance of a certificate of appealability.  Accordingly, and good cause appearing therefor, petitioner's application for a certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: May 5, 2010  _____
**PHYLLIS J. HAMILTON
United States District Judge**